**FULTON COUNTY ADMINISTRATION, for the Estate of Lita McClinton Sullivan, Plaintiff–Appellant,**

v.

**Michael A. BLANK, a Florida resident, Julius Baer Bank & Company, et al., Defendants–Appellees.**

No. 05–10190
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 19, 2005.

David Wm. Boone, Law Offices of David Wm. Boone, P.C., Atlanta, GA, William Sims Stone, Blakely, GA, for Appellant.

Jane W. Moscowitz, Moscowitz & Moscowitz, P.A., Miami, FL, Kiera S. Gans, Danforth Newcomb, Alan S. Rabinowitz, Shearman & Sterling, LLP, New York, NY, Deborah Goldstock Ringel, Barry Wm. Levine, Leon B. Kellner, Adam Proujansky, Dickstein Shapiro Morin & Oshinsky, L.L.P., Washington, DC, for Appellee.

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

The administrator for the Estate of Lita McClinton Sullivan ("Sullivan") appeals the judgment of the district court dismissing with prejudice counts one through nine of the Amended Complaint and count ten of the Second Amended Complaint. Having considered the briefs, and relevant parts of the record, we agree with the district court that counts one through eight should be dismissed for failure to allege facts stating a RICO claim. We also conclude that the district court properly dismissed Sullivan's count nine claim for fraudulent transfer. *See Freeman v. First Union Nat'l Bank,* 865 So.2d 1272 (Fla.2004). Finally, we agree with the district court that Sullivan has not stated claims for unjust enrichment or implied contract in count ten. The judgment of the district court is, therefore,

**AFFIRMED.**